454 A.2d 183

Richter, Appellant v. Richter.
Petition for Allowance of Appeal
Denied May 4, 1983.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery
County, Pennsylvania is sitting by designation.

648

 Argued December 9, 1981. David Freeman, for appellant; Joel D. Beaver, for appellee.

Before McEWEN, BECK and MONTEMURO, JJ.

The order of the learned Montgomery County Common Pleas Court Judge Lawrence A. Brown is affirmed.